John E. Lattin, Esq.
john@johnlattinlaw.com
JOHN LATTIN LAW, APC
26056 Acero
Mission Viejo, CA 92691
Telephone: 949-357-2544
Facsimile: 949-305-4591

Attorneys for Plaintiff
Adrianne Manapat

Patricia A. Matias CA Bar No. 254125
patricia.matias@ogletree.com
Nikki Fermin CA Bar No. 271331
nikki.fermin@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714.800.7900
Facsimile: 714.754.1298

Attorneys for Defendants Aseptic Solutions USA
Ventures, LLC, Glanbia Business Services, Inc.,
and Glanbia Nutritionals (NA), Inc.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ADRIANNE MANAPAT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ASEPTIC SOLUTIONS USA VENTURES, LLC, a Delaware limited liability company; GLANBIA BUSINESS SERVICES, INC., an Illinois corporation; GLANBIA NUTRITIONALS (NA), INC., a Delaware corporation; and DOES 1 through 100,<br><br>Defendants. | Case No. 5:18-cv-00650 JFW(GJSx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>State Action Filed: January 10, 2018<br>Trial Date: January 29, 2019<br>District Judge: Hon. John. F. Walter<br>Magistrate Judge: Hon. Gail J. Standish |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to the Joint Stipulation for Dismissal With Prejudice filed by the parties to this action, this case is hereby dismissed with prejudice in its entirety pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii). Each party to bear its own attorney's fees and costs.

DATED: _October 4, 2018        By: _____
                               Honorable John F. Walter
                               United States District Court Judge

35842104.2

Manapat -
[Proposed] Order

1                                    Case No. 5:18-cv-00650 JFW(GJSx)